**Travis W. TAYLOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66928.**

Missouri Court of Appeals,
Western District.

Feb. 27, 2007.

Frederick J. Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Travis W. Taylor appeals the judgment of the motion court denying his Rule 24.035 postconviction relief without an evidentiary hearing. He asserts that his counsel was ineffective for failing to call his mother as a witness at the sentencing hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).